UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE HALL, individually and as
Next Friend for the minor child
OLIVIA STURGIS

        Plaintiff,                    Case No.  1:12-cv-01080
                                                Hon. Janet T. Neff

v.

CHAMBERLAIN FARM PRODUCE, INC.

        Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES Defendant CHAMBERLAIN FARM PRODUCE, INC, by and through its attorneys, KOPKA PINKUS DOLIN & EADS, by Vincent G. Carter, and gives notice to the court that the parties to this action have reached a settlement of all issues in dispute between them in this action.  Hereafter, the parties will submit a proposed order of dismissal to close the case.

                                      Respectfully submitted,

                                       KOPKA PINKUS DOLIN & EADS, PLC

                                       __/s/Vincent G. Carter_____
                                       Vincent G. Carter (P27442)
                                       Attorneys for Defendant Chamberlain
                                       33533 West Twelve Mile Road, Suite 350
                                       Farmington Hills, Michigan  48331
                                       (248) 324-2620
Dated: February 4, 2013              vgcarter@kopkalaw.com

**CERTIFICATE OF SERVICE**

    I, Michelle Sarkozi, hereby certify that I am employed by Kopka, Pinkus, Dolin & Eads, and that on February 4, 2013, I electronically filed Defendant Chamberlain Farm Produce, Inc.'s Notice of Settlement and this Proof of Service with the Clerk of the Court using the WCF system and sent notification of such filing to Michael D. Heilman and William Marler, Plaintiff's attorney, through the WCF filing system.

    I declare that the statements above are true to the best of my information, knowledge, and belief.

                                                      */s/ Michelle Sarkozi*
                                                       Michelle Sarkozi